78.488-02

Cause No. CR-2609-09-F (2)

MOTION DENIED
DATE: 2-11-15
BY: P.C.

EXPARTE
FRANCISCO CARRLES

IN THE TEXAS COURT OF
CRIMINAL APPEALS

## MOTION FOR LEAVE FOR A FINDING OF FACT AND CONCLUSION OF LAW ON THE DISMISSAL OF APPLICANT'S HABEAS CORPUS, Pursuant To TRAP 73.1(C).

COME NOW, Francisco Carrales, Applicant pro se and request The Texas Court of Criminal Appeals VACATE The 332nd District Court's order To dismiss Applicant's Habeas Corpus Art. 11.07. pursuant To Tex. R. APP. Proc. 73.1(C).

Applicant Filed A Motion of Objection To The dismissal of his habeas Corpus Feb. 2, 2015. This Applicant did not receive notice of his Application's dismissal until January 27. The envelope was post mark Jan. 22. 2015. The order of dismissal was signed Jan 9, 2015. This Applicant was prejudiced by The Court giving This Applicant notice 17 days later. (Please see The exhibit Attached hereTo)

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 09 2015

Abel Acosta, Clerk

1.

## II.

This Applicant Filed his writ of habeas Corpus under The directions of Chapter 11 Habeas Corpus Statute of The Texas Code of Criminal procedure. Art. 11.03 "Want of Form" States: "The writ of habeas Corpus is not invalid, nor shall it be disobeyed For Any want of Form, if it substantially Appear That it is issued by Competent Authority, And The writ Sufficiently Show The object of its issuance." Art. 11.04 States: "Every provision relating To The writ of habeas Corpus Shall be most Favorably Construed in order To give effect To The remedy, And protect The rights of The person seeking relief under it." See Also Art. 11.14 which States The requisites of The petition. This Applicant Complied with The requirements of Chapter 11 habeas Statute.

Applicant Contends, The Judge in This habeas Corpus proceeding in The Above Cause Violated Art. 11.29 of The habeas Corpus Statute, which holds: The person on whom The writ of habeas Corpus is served Shall immediately obey The Same, And make The return required by law upon The Copy of The original writ Served on him, And

2.

This, whether The writ be directed To him or not."

Applicant Contends, For The 332nd District Court To dismiss Applicant's writ of habeas Corpus under The Rules of Appellate procedure R. 73.1(C), denys This Applicant of A Fundamental And Constitutional right granted by The Tex. Constitution Art. 1 § 12; The Fourteenth Amendment of The United States Constitution. Further, Tex. R. of APP. Proc. R. 2 States: . . . , "A Court must not Construe This rule (R2) To suspend Any provision in The Code of Criminal procedure . . ." The Judge of The 332nd District Court Suspended The procedures of Chapter 11 habeas Corpus Statute by dismissing This Applicant's writ.

Applicant request A Finding of Facts And Conclusion of law on The reasoning of dismissing This Applicant's habeas Corpus pursuant To Tex. Rule of Appellate procedure R. 73.1(C).

Further, According To Articles 11.01, 11.03, 11.04, 11.05, 11.07(b), (C), 11.08, 11.10, 11.14, 11.15, 11.23 And 11.36. See EXParte Clore, 690 S.W. 2d 899, 900 (Tex. Crim. APP. 1982) (Habeas Corpus Should not be used As A Substitute For An Appeal). A finding of Fact And Conclusion of law is warranted in This Cause. See STATE V. Cullen, 195 S.W. 3d 696 (Tex. Crim. APP. 2006); STATE V. Ross, 32 S.W. 3d 853, 858 (Tex. Crim. APP. 2000).

3.

# CONCLUSION

The 332nd District Court's dismissing Applicant's writ of habeas Corpus January 9, 2015 is contrary to the Supreme Court of the United States precedents *Haines V. Kerner*, 404 U.S. 519, 92 S.CT. 594 (1972); quoting *Conley V. Gibson*, 355 U.S. 41, 45-46, 78 S.CT. 99 (1957) "holding A pro se Complaint however inartfully plead," must be held to less Stringent Standard than Formal pleadings drafted by lawyers And Can only be dismissed For Failure to State A claim if it Appears "beyond doubt that the plaintiff Can prove No Set of Facts in Support of his claim which would entitle him to relief." Id AT 520-521, 92 S.CT. AT 596, quoting *Conley V. Gibson*, "The handwritten pro se document is to be liberally Construed." The 332nd District Court has not Complied with the Supreme Court precedents.

See Also *Brook V. State*, 132 S.W.3d 702, 705 (Tx. APP. Dallas 2004) (Because of the Constitutional nature of this inquiry, we are guided And bound by the decisions And reasoning of the United States Supreme Court). *Guzman V. State*, 85 S.W.3d 242, 258 N.24 (Tex. Crim. APP. 2002) (we are required to Follow The decisions And reasoning of the United States Supreme Court on Federal Constitutional issues). See Also

.4.

Ex Parte Torres, 943 S.W. 2d at 474 (Tex. Crim. App. 1997).

"We decide whether a Trial Court abused its discretion by determining whether the Court acted without reference to any guiding rules or principles, or in other words, whether the court acted arbitrarily or unreasonably."
Lyles V. St. 850 S.W. 2d 497, 502 (Tx. Crim. App. 1993).

"This motion is in reference To Tr. Ct. No. CR-2609-09-F(2), And Tex. Crim. App. No. WR-78,488-02.

Respectfully Submitted.

*Francisco Carrales*

Francisco Carrales
Applicant Pro se
TDCJ# 1618988
3060 FM 3514 Stiles
Beaumont, Tx. 77705

Feb. 5, 2015

Justice of The Court

5.

# LAURA HINOJOSA

*(Applicant's Exhibit )*

1/13/2015

Via CMRRR#: 7014-1200-0002-0936-5075

Mr. Francisco Rios Carrales
TDCJ#:1618988
Stiles Unit- TDCJ
3060 FM 3514
Beaumont, TX 77705

RE: CR-2609-09-F(2), EX PARTE FRANCISCO CARRALES#1618988
APPLICANT

Dear Sir/Madam:

Please be advised that the Findings of Fact and Conclusions of Law,
Signed SIGNED BY JUDGE MARIO RAMIREZ in the above and entitled and
numbered cause was signed on 01/09/2015 by the Honorable Mario E.
Ramirez, Jr., Judge for the 332nd District Court of Hidalgo County, Texas.

If you have any questions, please contact the undersigned.

SINCERELY,

Laura Hinojosa
District Clerk
Hidalgo County
Edinburg, Texas 78540

BY: Angelica Garcia

cc: Court's File
Court of Criminal Appeals, Luis Alberto Gonzalez, STATE OF TEXAS

| Nilda VanHook | Ricardo Contreras | Adriana "Audry" Garcia | Sabrina S. Guerra | Oneida Lamas | Stephanie Palacios | Aida Villarreal |
|---|---|---|---|---|---|---|
| CHIEF DEPUTY | CHIEF OF ADMINISTRATION & PUBLIC INFORMATION | ASSISTANT CHIEF DEPUTY | SENIOR ACCOUNTANT | DEPUTY DISTRICT CLERK SUPERVISOR | BUDGET & PROCUREMENT OFFICER | CHIEF OF APPEALS |